IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

CHARLES A. WALLS, III                                                                                          PETITIONER
ADC #111912

v.                                          4:22-cv-00420-JM-JJV

DEXTER PAYNE, Director,
Arkansas Division of Correction                                                                          RESPONDENTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe and Plaintiff's Objections. After carefully considering the objections and making a *de novo* review of the record, the Court concludes the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. The Petition for Writ of Habeas Corpus (Doc. No.2) is dismissed.

Dated this 21st day of July, 2022.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE