IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

CHARLES A. WALLS, III                                                                    PETITIONER
ADC #111912

v.                                    4:22-cv-00420-JM-JJV

DEXTER PAYNE, Director,
Arkansas Division of Correction                                                          RESPONDENTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED.

Dated this 21st day of July, 2022.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE